## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRITTANY LAMBERTH,

    Plaintiff,

v.                                         Case No: 8:22-cv-2167-CEH-CPT

ADVANCED MARKETING &
PROCESSING, INC.,

    Defendant.

_____

### ORDER

This matter comes before the Court on the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. 30). In the Stipulation, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal of this action with prejudice.

In accord with the Joint Stipulation for Voluntary Dismissal With Prejudice, it is **ORDERED:**

1) This cause is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:  Counsel of Record; Unrepresented Parties